UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-22424-MGC

HOWARD COHAN,

    Plaintiff,

vs.

MAROD SUPERMARKET, INC.,
a Florida Profit Corporation,
d/b/a PRESIDENTE SUPERMARKET NO. #5

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN, and the Defendant, MAROD SUPERMARKET, INC., a Florida Profit Corporation, d/b/a PRESIDENTE SUPERMARKET NO. #5, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED August 27, 2021.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | By: **/s/ Kielan Saborit** |
| Gregory S. Sconzo, Esq. | KIELAN SABORIT, ESQ. |
| Florida Bar No.: 0105553 | Florida Bar No.: 1003527 |
| Samantha L. Simpson, Esq. | Email: ksm@lydeckerdiaz.com |
| Florida Bar No: 1010423 | LYDECKER \| DIAZ |
| Sconzo Law Office, P.A. | Attorneys for Defendants |
| 3825 PGA Boulevard, Suite 207 | 1221 Brickell Avenue, 19th Floor |
| Palm Beach Gardens, FL 33410 | Miami, Florida 33131 |
| Telephone: (561) 729-0940 | Telephone: (305) 416-3180 |
| Facsimile: (561) 491-9459 | Facsimile: (305) 416-3190 |
| Email: greg@sconzolawoffice.com | |
| Email: samantha@sconzolawoffice.com | |
| Email: alexa@sconzolawoffice.com | |
| Attorney for Plaintiff | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                   /s/ Gregory S. Sconzo
                                                   **Gregory S. Sconzo, Esq.**