UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-22424-Civ-COOKE/O'SULLIVAN

HOWARD COHAN,

    Plaintiff,

vs.

MAROD SUPERMARKETS, INC.,

    **Defendant.**

_____/

## ORDER ADMINISTRATIVELY CLOSING
## CASE ON NOTICE OF SETTLEMENT

THIS MATTER is before the Court on the Parties' notice of settlement (ECF No. 15). The parties have conditionally settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or moving for dismissal under Rule 41(a)(2).

A stipulation of final dismissal, or a motion for dismissal, must be filed within 30 days of this Order. In the event a stipulation of final dismissal is filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation on this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk will *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 30th day of August 2021.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*